[No. 7324-2-II.   Division Two.   September 12, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. MARY
ELLEN SANDERS, *Appellant.*

Appeal from a judgment of the Superior Court for Clark
County, No. 81-1-00412-1, James D. Ladley, J., entered
September 16, 1983. *Dismissed* by unpublished opinion per
Petrie, J. Pro Tem., concurred in by. Worswick, C.J., and

Petrich, J.